UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSPORTATION INSURANCE COMPANY and TRANSCONTINENTAL TECHNICAL SERVICES, INC. (now known as RSKCo Services, Inc.),<br><br>Plaintiffs,<br><br>v.<br><br>NASTASI WHITE, INC.,<br><br>Defendant. | Docket No. 1:00-cv-5237 (NG) (KAM)<br><br>CONSENT JUDGMENT AND ORDER<br><br>FILED<br>IN CLERKS OFFICE<br>U.S. DISTRICT COURT   N.Y.<br>★ MAY 2 5 2007 ★<br>P.M. _____<br>TIME A.M. _____ |

**THIS MATTER** having come before the Court on motion by Bressler, Amery & Ross, P.C., attorneys for Plaintiffs Transportation Insurance Company and Transcontinental Technical Services, Inc., for an Order compelling Defendant to comply with the terms of the Settlement and Release Agreement entered into between the parties and ordering Defendant to pay Plaintiffs the reasonable expenses incurred in making this motion, including attorneys fees; and for good cause shown;

IT IS on this 25th day of May, 2007,

**ORDERED** that Plaintiffs' motion is denied as moot; and it is further

**ORDERED** that Plaintiffs are hereby granted a Judgment by consent against Defendant in the principal amount of $1,089,343, and it is further

**ORDERED** that Plaintiffs may immediately enforce this Judgment; and it is further

**ORDERED** that Defendant waives any and all rights to challenge or contest the enforcement of this Judgment; and it is further

**ORDERED** that Defendant consents to the enforcement of this Judgment in any jurisdiction wherein it possess or own assets, property or anything else of value; and it is further

**ORDERED** that this Judgment may be entered in any court of competent jurisdiction.

_____s/ NG_____
Honorable Nina Gershon, U.S.D.J.

May 25, 2007

Agreed and consented to by and between:

**BRESSLER, AMERY & ROSS, P.C.**
Attorneys for Plaintiffs

By: /s/ Samuel J. Thomas, Esq.
Dated: 5/9/07

**THE LAW OFFICES OF THOMAS F. FARLEY, P.C.**
Attorneys for Greenridge Construction Corp. and Hugh White, Jr.

By: Thomas F. Farley, Esq.
Dated: 5/9/07

**GREENRIDGE CONSTRUCTION CORP.,**
**AS SOLE SHAREHOLDER OF NASTASI WHITE, INC.**

By: _____
Dated: 5/9/07

Sworn and subscribed to before me
this __9__ day of May, 2007.

_____Pamela Kumar_____
Notary Public

NOTARY P.
HUGH J WHITE
only

PAMELA KUMAR
Notary Public, State of New York
No. 01KU6192446
Qualified in Queens County
Commission Expires Aug. 20, 2009